IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KELLY WHISBY,

    Plaintiff,

vs.                                         CASE NO. 5:10cv172/RS-EMT

JOHN DOES 1-2, et al,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Order, Report and Recommendation (Doc. 5). Plaintiff has not filed objections.

**IT IS ORDERED:**

1. The Magistrate Judge's Order, Report and Recommendation is adopted and incorporated in this Order.

2. Pursuant to 28 U.S.C. §1915(g), this case is dismissed without prejudice to Plaintiff's filing a new complaint which must be accompanied by payment of the full 350.00 filing fee.

3. The clerk is directed to close the file.

**ORDERED** on September 22, 2010.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**